DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH DUPEROUX,**
Appellant,

v.

**J&M SALES AND ENTERPRISES, INC.,**
Appellee.

No. 4D17-2631

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CASE15005141.

Joseph Duperoux, Lauderdale Lakes, pro se.

Leslie Cimedevilla of the CMO Law Group, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***